### WONG JUNG *v.* SOUTHEASTERN FAIR ASSOCIATION.

BECK, P. J.   After careful consideration of the record in the case, the opinion of the Court of Appeals, and the authorities cited therein as well as those cited in the briefs of counsel, this court is of the opinion that the judgment of the Court of Appeals should be affirmed.
*Judgment affirmed.   All the Justices concur.*
             No. 1905.   FEBRUARY 16, 1921.

Certiorari; from Court of Appeals. 24 *Ga. App.* 707.

*B. H. & Harvey Hill* and *Fred E. Harrison,* for plaintiff.

*Mayson & Johnson* and *W. D. Ellis Jr.,* for defendant.